IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ACCOR FRANCHISING NORTH     )
AMERICA, LLC, a Delaware    )
Limited Liability Company,  )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       3:12cv250-MHT
                            )           (WO)
PINU PRAVIN PATEL, an       )
Individual,                 )
                            )
     Defendant.             )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 14) is granted and that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that costs are taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of September, 2012.

                                        <u>/s/ Myron H. Thompson</u>
                                    **UNITED STATES DISTRICT JUDGE**